Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
Stephanie L. Safdi (CA Bar No. 310517)
Rica V. Garcia (CA Bar No. 320758)
Jacqueline M. Maldonado (PTLS Student Cert. No. 00919863)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:  (650) 723.4426

Ashley E. Werner (CA Bar No. 282217)
Phoebe S. Seaton (CA Bar No. 238273)
LEADERSHIP COUNSEL FOR
JUSTICE AND ACCOUNTABILITY
2210 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 369.2780

Attorneys for Friends of Calwa, Inc. and Fresno Building Healthy Communities

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,<br><br>　　　　Plaintiffs and Petitioners,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINSTRATION, and DOES 1-50 inclusive,<br><br>　　　　Defendants and Respondents,<br><br>DOES 51-100 inclusive,<br><br>　　　　Real Parties in Interest, | Case No. 1:23-CV-00353-JLT-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED AND RESPONSIVE PLEADINGS**<br><br>(ECF No. 12). |

1

WHEREAS, on March 8, 2023, Plaintiffs and Petitioners Friends of Calwa, Inc. and Fresno Building Healthy Communities (collectively, Plaintiffs) filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (Complaint) against the California Department of Transportation (Caltrans) and the Federal Highway Administration (FHWA) alleging violations of the California Environmental Quality Act, California Public Resources Code sections 2100 et seq., and the National Environmental Policy Act, 42 U.S.C. sections 4321 et seq.;

WHEREAS, on March 24, 2023, Plaintiffs effected service of the Summons and Complaint on FHWA by certified mail;

WHEREAS, on March 30, 2023, Plaintiffs caused the Summons and Complaint to be personally served on Caltrans through the California Attorney General's Office (AG's Office);

WHEREAS, Plaintiffs and Caltrans agree that service of the Summons and Complaint to the AG's Office on March 30, 2023 was adequate service of the Complaint on Caltrans;

WHEREAS, on April 20, 2023, Plaintiffs and Caltrans jointly filed a stipulation pursuant to Federal Rule of Civil Procedure 6(b)(1) and Rule 144(a) of the Local Rules of this Court extending Caltrans' deadline to respond to the Complaint by twenty-eight (28) days to May 18, 2023;

WHEREAS, Plaintiffs have represented to Caltrans and FHWA that they intend to file an amended and superseding petition and complaint adding additional claims;

WHEREAS, all parties agree that the interests of judicial economy and efficiency are served by extending the deadlines for Caltrans and FHWA to file their responsive pleadings until Plaintiffs have filed their superseding petition and complaint and by setting a mutually agreeable pleading schedule;

WHEREAS, the parties submit that, in light of Plaintiffs' representation that they intend to file an amended petition and complaint, there is good cause to extend the Mandatory Scheduling Conference from June 13, 2023 to August 8, 2023 or as soon thereafter as the Court's schedule permits; and

WHEREAS, nothing in this stipulation is intended to be a consent to the Court's jurisdiction over the parties or this matter or a waiver of any affirmative defense or other argument that is available to the parties.

NOW, THEREFORE, the parties hereby stipulate and respectfully request entry of an order providing as follows:

1. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Rule 144(a) of the Local Rules of this Court, the deadline for Plaintiffs to amend their pleading as of right pursuant to Federal Rule of Civil Procedure 16(a)(1)(A) shall be extended to June 22, 2023.
2. If Plaintiffs file a first amended petition and complaint on or before June 22, 2023, the deadline for Caltrans and FHWA to file responsive pleadings shall be sixty (60) days after the filing of such amendment.
3. If no such amended petition and complaint is filed on or before June 22, 2023, the deadline for Caltrans and FHWA to file their responsive pleadings shall be August 7, 2023.
4. The Mandatory Scheduling Conference set in this matter shall be continued from June 13, 2023 to August 8, 2023 or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

DATED: May 12, 2023        ENVIRONMENTAL LAW CLINIC
                           Mills Legal Clinic at Stanford Law School


                           By:  /s/ *Stephanie L. Safdi*
                               Stephanie L. Safdi
                               Attorneys for Plaintiffs and Petitioners
                               FRIENDS of CALWA, INC. and FRESNO
                               BUILDING HEALTHY COMMUNITIES


DATED: May 12, 2023        ERIN E. HOLBROOK, Chief Counsel
                           ALAN M. STEINBERG, Deputy Chief Counsel
                           PAUL R. BROWN, Assistant Chief Counsel
                           CASSANDRA HOFF, Deputy Attorney


                           By: /s/ *Cassandra Hoff*
                               Cassandra Hoff
                               Attorneys for Defendant
                               CALIFORNIA DEPARTMENT OF
                               TRANSPORTATION

| | |
|---|---|
| DATED: May 12, 2023 | TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br><br>By: /s/ *Samuel R. Vice*<br>    Samuel R. Vice<br>    Attorneys for Defendant<br>    FEDERAL HIGHWAY ADMINISTRATION |

4

**ORDER**

Based on the parties' stipulation (ECF No. 12), IT IS ORDERED that:

1. The deadline for Plaintiffs to amend their pleading as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) shall be extended to June 22, 2023.
2. If Plaintiffs file a first amended petition and complaint on or before June 22, 2023, the deadline for Caltrans and FHWA to file responsive pleadings shall be sixty (60) days after the filing of such amendment.
3. If no such amended petition and complaint is filed on or before June 22, 2023, the deadline for Caltrans and FHWA to file their responsive pleadings shall be August 7, 2023.
4. The mandatory scheduling conference set for June 13, 2023, is continued to August 8, 2023, at 10:30 a.m. The parties are reminded to file a joint scheduling report at least one week before the scheduling conference. (ECF No. 7, p. 2).

IT IS SO ORDERED.

Dated:   **May 16, 2023**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE