IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,<br><br>   Plaintiffs and Petitioners,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>   Defendants and Respondents, | Case No. 1:23-CV-00353-JLT-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME TO PREPARE DEFENDANT CALTRANS'S ADMINISTRATIVE RECORD<br><br>(ECF No. 17) |

WHEREAS, on March 8, 2023, Plaintiffs and Petitioners Friends of Calwa, Inc. and Fresno Building Healthy Communities (collectively, "Plaintiffs") filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief ("Complaint") against the California Department of Transportation ("Caltrans") and the Federal Highway Administration ("FHWA") (collectively, "Defendants") alleging violations of the California Environmental Quality Act, California Public Resources Code sections 21000 et seq. ("CEQA"), and the National Environmental Policy Act, 42 U.S.C. sections 4321 et seq. ("NEPA") relating to approvals of the South Fresno State Route 99 Corridor Project ("Project") and the adequacy of environmental review for the Project;

WHEREAS, on March 8, 2023, pursuant to Public Resources Code section 21167.6(b)(2), Plaintiffs filed a notice of election to prepare the record of administrative proceedings relating to this action for purposes of claims brought under CEQA;

WHEREAS, on March 20, 2023, Plaintiffs submitted to Caltrans a request for records under the California Public Records Act, California Government Code sections 7920 et seq. ("CPRA"), seeking documents relating to the initiation and approval of the Project to assist in preparation of the administrative record for purposes of claims brought under CEQA;

WHEREAS, on May 10, 2023, Caltrans responded to Plaintiffs' request for records under the CPRA, disclosing certain responsive documents;

WHEREAS, Plaintiffs are continuing to review the documents disclosed in response to their CPRA request, and the parties have not yet agreed that Caltrans has provided all documents subject to disclosure;

WHEREAS, the parties held an initial meet-and-confer on preparation of the administrative record, including responsibility for and sequencing of preparation of the NEPA and CEQA components of the administrative record;

WHEREAS, on May 16, 2023, the Court entered an Order on stipulation of the parties setting a deadline for Plaintiffs to amend their complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) for June 22, 2023;

WHEREAS, Plaintiffs filed their amended and superseding complaint on June 22, 2023, adding additional claims and defendants;

WHEREAS, Plaintiffs' amended complaint removed the NEPA claim against FHWA, but added claims against FHWA and other federal agencies and officials under the Administrative Procedure Act and the Clean Air Act;

WHEREAS, the Federal Defendants in this case now consist of FHWA, Shailen Bhatt, in his official capacity as Administrator of the FHWA, the United States Department of Transportation, and Peter Buttigieg, in his official capacity as Secretary of Transportation;

WHEREAS, amendment of the Complaint may affect the record of proceedings in this matter;

WHEREAS, California Public Resources Code section 21167.6(b)(2) provides that for claims brought under CEQA, the record of proceedings shall be prepared and certified within 60 days of service of the notice of election to prepare the record;

WHEREAS, California Public Resources Code section 21167.6(c) provides that the time limit to prepare and certify the record of proceedings may be extended by stipulation of the parties and limits any single extension to 60 days except when a longer extension is in the public interest;

WHEREAS, the parties agree that it is in the public interest to extend the deadline to prepare and certify the CEQA record of proceedings by 90 days in light of Plaintiffs' amended complaint, which may affect the record of proceedings, and the complexity of this action and to allow the parties to continue efforts to reach agreement regarding sequencing of and responsibility for preparation of the administrative record for these proceedings;

WHEREAS, the parties have agreed, due to scheduling issues, that the party conference for the mandatory scheduling conference will be held on July 20, 2023;

WHEREAS, nothing in this stipulation is intended to be a consent to the Court's jurisdiction over the parties or this matter or a waiver of any affirmative defense or other argument that is available to the parties; and

WHEREAS, nothing in this stipulation affects the timing of production for Federal Defendants' administrative record, which is not governed by CEQA, and which the parties will meet-and-confer about in the coming weeks.

NOW, THEREFORE, the parties hereby stipulate and respectfully request entry of an order providing as follows:

3

1. Pursuant to California Public Resources Code section 21167.6(c), the deadline to prepare and certify the record of proceedings under CEQA shall be extended for 90 days to August 7, 2023.

IT IS SO STIPULATED.

DATED: July 3, 2023                ENVIRONMENTAL LAW CLINIC
                                   Mills Legal Clinic at Stanford Law School


                                   By:  /s/ Stephanie L. Safdi
                                       Stephanie L. Safdi
                                       Attorneys for Plaintiffs and Petitioners
                                       FRIENDS of CALWA, INC. and FRESNO
                                       BUILDING HEALTHY COMMUNITIES

DATED: July  3, 2023               ERIN E. HOLBROOK, Chief Counsel
                                   ALAN M. STEINBERG, Deputy Chief Counsel
                                   PAUL R. BROWN, Assistant Chief Counsel
                                   CASSANDRA HOFF, Deputy Attorney


                                   By:  /s/ Cassandra Hoff
                                       Cassandra Hoff
                                       Attorneys for Defendant
                                       CALIFORNIA DEPARTMENT OF
                                       TRANSPORTATION

DATED: July 3, 2023                TODD KIM
                                   Assistant Attorney General
                                   Environment and Natural Resources Division
                                   U.S. Department of Justice


                                   By: /s/ Paul A. Caintic
                                       Paul A. Caintic
                                       Samuel R. Vice
                                       Attorneys for Federal Defendants
                                       FEDERAL HIGHWAY ADMINISTRATION, UNITED
                                       STATES DEPARTMENT OF TRANSPORTATION,
                                       PETE BUTTIGIEG, in his official capacity as Secretary of
                                       Transportation; and SHAILEN BHATT, in his official
                                       capacity as Administrator of the Federal Highway
                                       Administration

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that, pursuant to California Public Resources Code § 21167.6(c), the deadline to prepare and certify the record of proceedings shall be extended for 90 days to August 7, 2023.

IT IS SO ORDERED.

Dated: __**July 6, 2023**__                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE

5