Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
Stephanie L. Safdi (CA Bar No. 310517)
Rica V. Garcia (CA Bar No. 320758)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:  (650) 723.4426

Ashley E. Werner (CA Bar No. 282217)
Phoebe S. Seaton (CA Bar No. 238273)
LEADERSHIP COUNSEL FOR
JUSTICE AND ACCOUNTABILITY
2210 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 369.2780

Valerie Feldman (CA Bar No. 210155)
Michael Rawson (CA Bar No. 94868)
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, California 94612
Telephone:  (510) 891-9794
vfeldman@pilpca.org

Attorneys for Plaintiffs/Petitioners Friends of Calwa, Inc. and Fresno Building Healthy Communities

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES, <br><br> Plaintiffs and Petitioners, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants and Respondents. | Case No. 1:23-CV-00353-JLT-EPG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATROY SCHEDULING CONFERENCE** <br><br> Action Filed: March 9, 2023 <br><br> Judge: Hon. Jennifer L. Thurston |

WHEREAS, on March 8, 2023, Plaintiffs and Petitioners Friends of Calwa, Inc. and Fresno Building Healthy Communities (collectively, "Plaintiffs") filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief against the California Department of Transportation ("Caltrans") and the Federal Highway Administration ("FHWA") alleging violations of the California Environmental Quality Act, California Public Resources Code sections 21000 et seq. ("CEQA") and the National Environmental Policy Act, 42 U.S.C. sections 4321 et seq. ("NEPA") relating to approvals of the South Fresno State Route 99 Corridor Project ("Project") and the adequacy of environmental review for the Project;

WHEREAS, on May 16, 2023, the Court entered an Order on stipulation of the Parties extending the time for Plaintiffs to file their first amended petition and complaint to June 22, 2023 and continuing the Mandatory Scheduling Conference from June 13, 2023 to August 8, 2023 at 10:30 a.m.;

WHEREAS, on June 22, 2023, Plaintiffs filed their First Amended Verified Petition for Writ of Mandate and Complaint for Declaratory Relief ("Amended Petition"), adding claims under the Clean Air Act, 42 U.S.C. § 7506, and the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq., against Defendants United States Department of Transportation, Pete Buttigieg in his official capacity as Secretary of Transportation, and Shailen Bhatt in his official capacity as Administrator of the Federal Highway Administration; and adding Tony Tavares, in his official capacity as Director of Caltrans, as a Defendant on the NEPA and state law claims;

WHEREAS, pursuant to the Court's May 16, 2023 Order, the deadline for Defendants to file their responsive pleadings to the Amended Petition is August 21, 2023, sixty (60) days from filing of the Amended Petition;

WHEREAS, at the Parties' July 20, 2023 conference, counsel for Caltrans informed Plaintiffs of Caltrans' intent to file a motion to dismiss all claims brought against it based on sovereign immunity under the Eleventh Amendment, among other things;

WHEREAS, by way of letter dated July 21, 2023, counsel for Caltrans set forth the grounds for the forthcoming motion to dismiss and informed Plaintiffs of its intent to file the motion on July 28, 2023 or as soon thereafter as counsel's schedule permits;

WHEREAS, on July 27, 2023, the Parties continued to meet and confer on Caltrans' intended motion to dismiss as well as on scheduling issues, process and timeline for preparation and lodging of the administrative record(s) in this action, and other issues to be covered in the Parties' Joint Scheduling Report;

WHEREAS, the Parties agreed at their July 27, 2023 conference to continue to meet-and-confer on Caltrans' intended motion to dismiss and related issues;

WHEREAS, the Parties agree that a number of issues that will be covered by the Joint Scheduling Report and the Mandatory Scheduling Conference may be affected by the resolution of ongoing conferences between the Parties as well by Defendants' forthcoming responsive pleadings;

WHEREAS, the Parties agree that the interests of judicial economy and efficiency would be served by continuing the Mandatory Scheduling Conference until after the August 21, 2023 deadline for responsive pleadings to allow the Parties to continue to discuss and seek negotiated resolution of issues raised in the Parties' conferences; and

WHEREAS, counsel for Federal Defendants will be unavailable from August 28 through September 1, 2023.

NOW, THEREFORE, the Parties hereby stipulate and respectfully request entry of an order providing as follows:

1. The Mandatory Scheduling Conference set in this matter shall be continued to September 5, 2023, or as soon thereafter as the Court's schedule permits.
2. Nothing in this stipulation is intended to be a consent to the Court's jurisdiction over the parties or this matter or a waiver of any affirmative defense or other argument that is available to the parties.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: July 28, 2023 | ENVIRONMENTAL LAW CLINIC<br>Mills Legal Clinic at Stanford Law School<br><br>By: /s/ *Stephanie L. Safdi*<br>Stephanie L. Safdi<br>Attorney for Plaintiffs and Petitioners<br>FRIENDS of CALWA, INC. and FRESNO<br>BUILDING HEALTHY COMMUNITIES |
| DATED: July 28, 2023 | ERIN E. HOLBROOK, Chief Counsel<br>ALAN M. STEINBERG, Deputy Chief Counsel<br>PAUL R. BROWN, Assistant Chief Counsel<br>CASSANDRA HOFF, Attorney<br><br>By: /s/ *Cassandra Hoff*<br>Cassandra Hoff<br>Attorneys for Defendants<br>CALIFORNIA DEPARTMENT OF TRANSPORTATION and TONY TAVARES, in his official capacity as Director of the California Department of Transportation |
| DATED: July 28, 2023 | TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br><br>By: /s/ *Paul A. Caintic*<br>Paul A. Caintic<br>Attorneys for Federal Defendants<br>UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as Secretary of Transportation; and SHAILEN BHATT, in his official capacity as Administrator of the Federal Highway Administration |

**[PROPOSED] ORDER**

Based on the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference set in this matter shall be continued to September 5, 2023, or as soon thereafter as the Court's schedule permits.
2. The Parties are directed to file their joint scheduling report at least one week before the continued Mandatory Scheduling Conference.

DATED: _____

HON. ERICA GROSJEAN

Magistrate Judge, U.S. District Court
for the Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 1:23-CV-00353-JLT-EPG
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE