UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF CALWA, INC. et al., | Case No. 1:23-cv-00353-JLT-EPG |
| Plaintiffs and Petitioners, | |
| v. | ORDER APPROVING STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al., | (ECF No. 23) |
| Defendants and Respondents. | |

This matter is before the Court on the parties' stipulation to continue the scheduling conference, which is currently set for August 8, 2023. (ECF No. 23). As grounds, the parties state that they are conferring regarding an intended motion to dismiss, scheduling issues, the preparation and filing of an administrative record, and other issues that would benefit from the continuance of the scheduling conference to a date convenient to the Court's calendar in early-September 2023.

Based on the parties' stipulation (ECF No. 23), IT IS ORDERED as follows:

1. The mandatory scheduling conference set for August 8, 2023, is continued to September 7, 2023, at 2 p.m.

1

2. The parties are reminded to file a joint scheduling report at least one week before the scheduling conference. (ECF No. 7, p. 2).

IT IS SO ORDERED.

Dated: **July 31, 2023**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2