Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
Stephanie L. Safdi (CA Bar No. 310517)
Rica V. Garcia (CA Bar No. 320758)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:  (650) 723.4426

Ashley E. Werner (CA Bar No. 282217)
Phoebe S. Seaton (CA Bar No. 238273)
LEADERSHIP COUNSEL FOR
JUSTICE AND ACCOUNTABILITY
2210 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 369.2780

Valerie Feldman (CA Bar No. 210155)
Michael Rawson (CA Bar No. 95868)
PUBLIC INTERST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA. 94612
Telephone: (510) 891.9794
Facsimile:  (510) 891.9727

Attorneys for Friends of Calwa, Inc. and Fresno
Building Healthy Communities

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES, | ) ) ) Case No. 1:23-CV-00353-JLT-EPG |
| Plaintiffs and Petitioners, | ) ) **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE ON CALTRANS' MOTION TO DISMISS** |
| v. | ) ) ) |
| CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*, | ) ) Action Filed: March 9, 2023 |
| Defendants and Respondents, | ) ) Judge: Hon. Jennifer L. Thurston |
| | ) ) ) |

WHEREAS, on March 8, 2023, Plaintiffs and Petitioners Friends of Calwa, Inc. and Fresno Building Healthy Communities (collectively, "Plaintiffs") filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief ("Complaint") against the California Department of Transportation ("Caltrans") and the Federal Highway Administration ("FHWA") alleging violations of the California Environmental Quality Act, California Public Resources Code sections 21000 et seq. ("CEQA"), and the National Environmental Policy Act, 42 U.S.C. sections 4321 et seq. ("NEPA"), relating to approvals of the South Fresno State Route 99 Corridor Project ("Project") and the adequacy of environmental review for the Project;

WHEREAS, on May 16, 2023, the Court entered an Order on stipulation of the parties setting a deadline for Plaintiffs to amend their complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) for June 22, 2023 and setting a deadline for the Respondents to file a responsive pleading by August 21, 2023;

WHEREAS, Plaintiffs filed their amended and superseding complaint on June 22, 2023, adding additional state and federal defendants; adding additional state law claims against Caltrans and its director, Tony Tavares, under California Government Code sections 11135 and 8899.50; removing the NEPA claim against FHWA; and adding claims against Federal Defendants under the Administrative Procedure Act and section 176(c) of the Clean Air Act, 42 U.S.C. section 7506(c);

WHEREAS, the Federal Defendants in this case now consist of FHWA; Shailen Bhatt, in his official capacity as Administrator of the FHWA; the United States Department of Transportation; and Pete Buttigieg, in his official capacity as Secretary of Transportation;

WHEREAS, the Federal Defendants filed an Answer on August 21, 2023;

WHEREAS, Defendants Caltrans and Tony Tavares, in his official capacity, filed a Motion to Dismiss Plaintiffs' First Amended Petition and Complaint on August 21, 2023 with a hearing date of September 25, 2023;

WHEREAS, pursuant to Local Rule 230(c), any brief in opposition to the Motion to Dismiss would be due on September 5, 2023;

WHEREAS, pursuant to Local Rule 230(d), Caltrans reply brief is due 10 days after the opposition brief is served and filed;

WHEREAS, on August 28, 2023, counsel for Caltrans and Plaintiffs agreed to extend their respective briefing deadlines.

NOW, THEREFORE, the parties hereby stipulate and respectfully request entry of an order providing as follows:

1.   The deadline for Plaintiffs to file a brief in opposition to Caltrans pending Motion to Dismiss will be extended to September 8, 2023; and

2.   The deadline for Caltrans to file its brief in reply to its Motion to Dismiss will be extended to September 22, 2023.

IT IS SO STIPULATED.

DATED: August 30, 2023                   ENVIRONMENTAL LAW CLINIC
                                         Mills Legal Clinic at Stanford Law School


                                         By:  /s/ Stephanie L. Safdi
                                            Stephanie L. Safdi
                                            Attorneys for Plaintiffs and Petitioners
                                            FRIENDS of CALWA, INC. and FRESNO
                                            BUILDING HEALTHY COMMUNITIES


DATED: August 30, 2023                   ERIN E. HOLBROOK, Chief Counsel
                                         ALAN M. STEINBERG, Deputy Chief Counsel
                                         PAUL R. BROWN, Assistant Chief Counsel
                                         CASSANDRA HOFF, Deputy Attorney


                                         By:  /s/ Cassandra Hoff
                                            Cassandra Hoff
                                            Attorneys for Defendant
                                            CALIFORNIA DEPARTMENT OF
                                            TRANSPORTATION

3                                Case No. 1:23-CV-00353-JLT-EPG

1

2                                    [~~PROPOSED~~] ORDER

3   Based on the foregoing stipulation, and good cause appearing, IT IS ORDERED that:

4        1.   The deadline for Plaintiffs to file a brief in Opposition to Caltrans' Motion to Dismiss

5             Plaintiffs' First Amended Complaint is extended to September 8, 2023; and

6        2.   The deadline for Caltrans to file its brief in reply to its Motion to Dismiss is extended to

7             September 22, 2023.

8
    IT IS SO ORDERED.
9
        Dated:   **August 31, 2023**                    
10
                                                UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28