**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,

    *Plaintiffs & Petitioners*,

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,

    *Defendants & Respondents*.

Case No. 1:23-CV-00353-JLT-EPG

[~~PROPOSED~~] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR VOLUNTARY REMAND AND REQUIRING PERIODIC STATUS REPORTS

**(Doc. 49)**

Before the Court is Federal Defendants' Motion for Voluntary Remand (Doc. 49). Upon due consideration, and for good cause shown, the motion is hereby **GRANTED.**

1. Plaintiffs' claim against Federal Defendants is held in abeyance pending the outcome of the remand proceedings.

2. All deadlines against Federal Defendants are vacated, including the deadlines for production of Federal Defendants' administrative record and the associated briefing schedule set forth in the September 8, 2023 Scheduling Order, Doc. 36.

///
///
///
///
///
///

3. Starting 90 days from the date of this order and every 90 days thereafter, or within 30 days of the completion of the remand, whichever is sooner, Federal Defendants shall file a brief status report updating the Court on the progress of the remand process. In addition, as appropriate upon the completion of the remand, any party may, after meeting and conferring with all other parties, notify the Court of the need for further proceedings in relation to the claims against Federal Defendants.

IT IS SO ORDERED.

Dated:   **December 21, 2023**

_____
UNITED STATES DISTRICT JUDGE