PAUL A. CAINTIC (D.C. Bar No 1779847)
United States Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, D.C. 20002
Tel:  (202) 514-2593
paul.caintic@usdoj.gov

*Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00353-JLT-EPG<br><br>**FEDERAL DEFENDANTS' STATUS REPORT**<br><br>Action Filed: March 9, 2023 |

Federal Defendants Federal Highway Administration ("FHWA"), Shailen Bhatt, in his official capacity as Administrator of the FHWA, the United States Department of Transportation, and Peter Buttigieg, in his official capacity as Secretary of Transportation, file this status report as directed by the Court's Order dated December 21, 2023 (ECF No. 53) to update the Court on FHWA's remand process.  On May 31, 2024, FHWA noticed and opened a comment period concerning the Clean Air Act conformity analyses for the South Fresno State Route 99 Project (the "Project") at issue in this case.  Specifically, FHWA made the August 2022 Air Quality Conformity Analysis and its attached July 2020 memorandum available for public comment.  Both documents were translated into Spanish, Hmong, and Punjabi and were published on Caltrans' website for the Project.  The comment period was open from May 31, 2024 to July 14, 2024.  FHWA also held a public, in-person meeting for the Project on June 20, 2024 at the Malaga Community Park & Recreation Center in Fresno, California.  The meeting was attended by interested residents of the local community.  FHWA is now considering both the written comments it received during the

comment period and the oral comments that FHWA representatives heard during the public meeting.

Dated: September 16, 2024         Respectfully submitted,

<u>/s/ Paul A. Caintic</u>
Paul A. Caintic (D.C. Bar No. 1779847)
United States Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 514-2593
paul.caintic@usdoj.gov