**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,<br><br>　　　　Plaintiffs and Petitioners,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>　　　　Defendants and Respondents. | Case No. 1:23-cv-00353-JLT-EPG<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>(ECF No. 77) |

1

WHEREAS, on June, 22, 2023, Plaintiffs Friends of Calwa, Inc. and Fresno Building Healthy Communities (collectively, "Plaintiffs"), filed a First Amended Petition and Complaint asserting causes of action against California Department of Transportation and the Director of the California Department of Transportation (collectively referred to as "Caltrans"); Federal Highway Administration ("FHWA"); the Secretary of Transportation; and the Administrator of FHWA (collectively referred to as "Federal Defendants"). ECF No. 14;

WHEREAS, Plaintiffs' First Amended Petition and Complaint alleged both state and federal claims under the National Environmental Policy Act, 42 U.S.C. §§ 4321 et seq.; Clean Air Act, 42 U.S.C. §§ 7401 et seq.; Administrative Procedure Act, 5 U.S.C. §§ 701 et seq.; California Environmental Quality Act, Cal. Pub. Res. Code. §§ 21000 et seq.; Cal. Gov. Code §§ 11135, 8899.50; and Cal. Code Civ. Proc. §§ 1085, 1094.5. ECF No. 14;

WHEREAS, on October 19, 2023, this Court granted Defendant Caltrans' Motion to Dismiss Plaintiffs' First Amended Petition and Complaint as to the state causes of action from the federal proceeding. ECF No. 48;

WHEREAS, on December 21, 2023, this Court granted Federal Defendants' Motion for Voluntary Remand regarding FHWA's Clean Air Act conformity determination for the South Fresno State Route 99 Corridor Project, to provide Federal Defendants the opportunity to address alleged procedural defects identified by Plaintiffs in the First Amended Petition and Complaint. ECF. No. 49;

WHEREAS, on September 29, 2025, Federal Defendants filed a Notice of Agency Action, advising this Court and all Parties that FHWA had completed its remand process regarding FHWA's conformity determination for the South Fresno State Route 99 Corridor Project. ECF No. 72;

WHEREAS, on October 2, 2025, the Court entered a Minute Order directing the Parties to file a joint status report describing the results of their meet-and-confer process regarding future proceedings in this case. ECF No. 73;

WHEREAS, on December 3, 2025, Plaintiffs, along with Federal Defendants and Caltrans, filed a Joint Status Report to advise the Court regarding the Parties' meet-and-confer efforts

following Federal Defendants' September 29, 2025 Notice of Agency Action. ECF No. 74;

WHEREAS, the December 3, 2025 Joint Status Report recorded that Plaintiffs had advised Defendants that they were considering filing a supplemental and/or amended pleading related to Plaintiffs' Clean Air Act claims and the associated remand process and that Plaintiffs had issued requests for public records under the California Public Records Act ("CPRA") and Freedom of Information Act ("FOIA") relating to the remand, the responses to which Plaintiffs expected to receive in mid-December and which would affect Plaintiffs' decision whether to proceed with a changed pleading;

WHEREAS, on February 14, 2026, the Parties filed a Stipulation adjusting the timeline by which Plaintiffs would decide whether and how to amend and/or supplement their First Amended Petition and Complaint, given Defendants' extension in in their estimated dates for production of responsive public records. ECF No. 75;

WHEREAS, on February 20, 2026 and February 23, 2026, Plaintiffs received responsive records from Defendants FHWA and Caltrans respectively;

WHEREAS, Federal Rule of Civil Procedure 15(a) and (d) provide for amendment with the opposing party's written consent or the court's leave, which should be freely given when justice so requires, as well as supplementation to set out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented;

WHEREAS, on March 16, 2026, Plaintiffs informed Defendants of their intent to amend and supplement the First Amended Petition and Complaint, specifically to: (1) remove Plaintiffs' state law causes of action and factual allegations specific to such claims, which have been dismissed from the present litigation and refiled in state court; (2) substitute current public officers Dina El-Tawansy, in her official capacity as Director of the California Department of Transportation; Sean Duffy, in his official capacity of Secretary of Transportation; and Sean McMaster, in his official capacity as Administrator of the Federal Highway Administration, who succeeded officials named as Defendants in the First Amended Petition and Complaint; (3) add factual allegations regarding the procedural history of the voluntary remand process; (4) amend Plaintiffs' Clean Air Act claims to

incorporate Defendant FHWA's September 2025 affirmation of its initial conformity determination and to add a new claim alleging the Project's failure to come from a conforming transportation plan and program in violation of 40 C.F.R. § 93.118; and (5) clarify certain factual allegations based on records disclosed in response to the FOIA and CPRA requests referenced in the Parties' stipulation. Plaintiffs also informed Defendants that they would not amend claims for violations of the National Environmental Policy Act ("NEPA");

WHEREAS, no changes were made to the NEPA claim, Caltrans' motion to dismiss the NEPA claim filed on August 21, 2023 (ECF No. 30) remains active;

WHEREAS, Caltrans informed Plaintiffs on March 20, 2026 that its search for responsive records was ongoing and on April 3, 2026 that it had located and is reviewing additional responsive records;

WHEREAS, on April 1, 2026, Plaintiffs shared their proposed Second Amended and Supplemental Complaint with Defendants at Defendants' request;

WHEREAS, on April 8, 2026, Defendants informed Plaintiffs that they consent to Plaintiffs filing their Second Amended and Supplemental Complaint;

WHEREAS, nothing in this stipulated agreement is intended to foreclose Plaintiffs from seeking leave to file additional pleadings.

NOW, THEREFORE, the Parties hereby stipulate:

1.  That Defendants consent to Plaintiffs' filing of their proposed Second Amended and Supplemental Complaint attached as Exhibit A hereto, which will supersede Plaintiffs' prior pleadings;

2.  That the Parties shall meet and confer and submit a proposed scheduling order no later than fourteen (14) calendar days from the filing of Federal Defendants' responsive pleadings to the Second Amended and Supplemental Complaint. If the Parties are unable to reach an agreement regarding a proposed schedule, they will request a scheduling conference with the Court;

3.  That Defendants consent to service of the Seconded Amended and Supplemental Complaint by CM/ECF and waive any requirement for service of summons; and

4.  Caltrans' motion to dismiss filed on August 21, 2023 (ECF No. 30) remains active and shall constitute Caltrans' operative responsive pleading to Plaintiffs' Second Amended and Supplemental Complaint.

IT IS SO STIPULATED.

Dated: April 20, 2026                    Respectfully submitted,

/s/ Stephanie Safdi

Maria Michalos, Certified Student Attorney
Stephanie L. Safdi, Supervising Attorney
ENVIRONMENTAL JUSTICE LAW AND
ADVOCACY CLINIC
Jerome N. Frank Legal Services
Organization

Michael Claiborne
LEADERSHIP COUNSEL FOR JUSTICE
AND ACCOUNTABIITY

*Attorneys for Plaintiffs Friends of Calwa, Inc. and Fresno Building Healthy Communities*

/s/ Kristen Sarna

KRISTEN SARNA
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3315
Kristen.Sarna@usdoj.gov
*Attorney for Federal Defendants*

/s/ Robert Vaghini

ROBERT E. VAGHINI
Attorneys for Defendants

CALIFORNIA DEPARTMENT OF TRANSPORTATION and TONY TAVARES, in his official capacity as Director of the California Department of Transportation

**ORDER**

Based on the parties' stipulation (ECF No. 77), IT IS ORDERED that:

1. Plaintiffs are granted leave to file their proposed Second Amended and Supplemental Complaint, and shall do so by no later than April 29, 2026..

2. The parties shall meet and confer and submit a proposed scheduling order no later than 14 days from the filing of the Federal Defendants' responsive pleadings to the Second Amended and Supplemental Complaint. If the parties are unable to reach an agreement regarding a proposed schedule, they shall request a scheduling conference with the Court.

3. Caltrans' motion to dismiss filed on August 21, 2023 (ECF No. 30) is deemed Caltrans' operative responsive pleading to Plaintiffs' Second Amended and Supplemental Complaint and remains active before the Court.

IT IS SO ORDERED.

Dated:    **April 22, 2026**                     /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE