**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIENDS OF CALWA, INC. and FRESNO BUILDING HEALTHY COMMUNITIES,<br><br>Plaintiffs and Petitioners,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants and Respondents. | Case No. 1:23-cv-00353-JLT-EPG<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULE FOR LODGING OF ADMINISTRATIVE RECORD AND CROSS-MOTIONS FOR SUMMARY JUDGMENT ON CLEAN AIR ACT CLAIMS**<br><br>(ECF No. 88) |

**ORDER**

Based on the foregoing Unopposed Motion and Memorandum in Support, and for good cause shown, it is hereby ORDERED that the May 21, 2026, Scheduling Order is modified as follows:

1. No later than seven (7) calendar days from Federal Defendants' response to Plaintiffs' remaining objections to the completeness of the administrative record, Plaintiffs shall file any motion challenging the contents of the administrative record or seeking to admit extra-record evidence. This deadline is not intended to apply to possible requests for judicial notice presented with summary judgment briefing for the limited purposes for which judicial notice is appropriate, if any.
2. Defendants shall file any response to Plaintiffs' record motion or motion for consideration of extra-record evidence within fourteen (14) calendar days of said motion, and Plaintiffs shall file any reply within seven (7) calendar days of said response.

3. If Plaintiffs file record motions after receiving Federal Defendants' response to Plaintiffs' remaining objections, Plaintiffs' Opening Motion for Summary Judgment shall be due sixty (60) days from resolution of such motions.
4. If no such record motions are filed, Plaintiffs' Opening Motion for Summary Judgment shall be due sixty (60) days from Federal Defendants' lodging of a further corrected administrative record or, if no further corrected record is lodged, sixty (60) days from Plaintiffs' deadline to file any motion challenging the contents of the administrative record or seeking to admit extra-record evidence.
5. Federal Defendants' Opposition and Cross-Motion for Summary Judgment shall be due sixty (60) days from filing of Plaintiffs' Opening Motion for Summary Judgment. Defendant Caltrans reserves the right to seek leave to file an Opposition to Plaintiffs' motion for summary judgment with respect to the Clean Air Act claims. Plaintiffs do not oppose this request to the extent Defendant Caltrans seeks to join Federal Defendants' Opposition. Federal Defendants take no position.
6. Plaintiffs' Reply and Opposition to Federal Defendants' Cross-Motion for Summary Judgment shall be due forty-five (45) days from filing of Federal Defendants' Opposition and Cross-Motion for Summary Judgment.
7. Federal Defendants' Reply shall be due thirty (30) days from filing of Plaintiffs' Reply and Opposition.
8. Should the Court's decision on Caltrans' Motion to Dismiss (ECF No. 30) or other intervening events or unexpected hardships warrant modification to or clarification of the stipulated schedule set forth herein, the Parties shall attempt in good faith to arrive at a mutually agreeable resolution and present an appropriate joint proposal to the Court or request a scheduling conference if a negotiated resolution cannot be reached.

\\\
\\\
\\\
\\\
\\\

9. The Parties shall meet and confer regarding pages limits for briefs on cross-motions for summary judgment on Plaintiff's First Cause of Action and, if the Parties jointly propose modifications to page limits set forth in the Court's Standing Order, shall file a stipulation and proposed order on page limits.

IT IS SO ORDERED.

Dated: **September 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE